IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01082

FIFTY OVER, LLC,

*Plaintiff,*

v.

BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY,

**PLAINTIFF'S NOTICE OF SETTLEMENT**

COMES NOW, Fifty Over, LLC ("Plaintiff"), by and through his counsel of record, and hereby notifies the court as follows:

The Parties have reached a compromise and settlement of all claims that have been asserted or could have been asserted in this action on January 11, 2019.  The parties are working closing documents to close the case.  These documents include a Motion to Dismiss with Prejudice, which will be filed with the court after a release is executed and the settlement is funded.  As part of the settlement, the parties have agreed to pay their own costs, expenses, and attorneys' fees.

DATED this 19th day of March, 2019.

By:   /s/ Patrick C. McGinnis
      Chad T. Wilson, #50736
      Patrick C. McGinnis, # 52194
      Chad T. Wilson Law Firm, PLLC

      *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of *Plaintiff's Notice of Settlement* has been forwarded to counsel of record listed below via Certified U.S. Mail, facsimile, hand delivery, email, or electronic service on this day, March 19, 2019.

Foran Glennon Palandech Ponzi & Rudloff, PC
Brian E. Devilling
222 N. LaSalle Street, Ste. 1400
Chicago, IL 60601
Telephone: (312) 863-5000
bdevilling@fgppr.com

Steven C. Swanson
1600 Broadway, Ste. 2425
Denver, Colorado 80202
Telephone: (720) 336-2245
sswanson@fgppr.com
***Attorneys for Defendant***

　　　　　　　　　　　　*/s/ Patrick C. McGinnis*

*(A duly signed original is on file at the*

*law office of Chad T. Wilson Law Firm, PLLC)*