IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01082

FIFTY OVER, LLC,

*Plaintiff,*

v.

BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY,

*Defendant*

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff Fifty Over, LLC ("Plaintiff"), by and through its counsel of record, and hereby stipulates and agrees to dismiss this action, and each and every claim asserted therein, with prejudice, as follows:

1. The Parties have reached a compromise and settlement of all claims that have been asserted or could have been asserted in this action.

2. The Parties stipulate and agree that this action, including each and every claim asserted against the Defendant, is hereby dismissed with prejudice.

3. The parties further stipulate that each party shall be responsible for paying its own costs, expenses, and attorneys' fees.

DATED at Denver, Colorado this 29th day of March, 2019.


Chad T. Wilson Law Firm, PLLC

*/s/ Chad T. Wilson*

1

Chad T. Wilson
Patrick C. McGinnis
1001 Bannock Street, Ste 239
Denver, CO 80204
(303) 495-3999
~and~
W. Dan Mahoney, Esq.
The Law Office of W. Dan Mahoney, P.C.
730 17th Street, Ste. 340
Denver, CO 80202
(303) 407-0484

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing *Stipulation of Dismissal with Prejudice* was sent via ICCES E-file or Via email, this March 29, 2019, addressed as follows:

Foran Glennon Palandech Ponzi & Rudloff, PC
Brian E. Devilling
222 N. LaSalle Street, Ste. 1400
Chicago, IL 60601
Telephone: (312) 863-5000
bdevilling@fgppr.com

Steven C. Swanson
1600 Broadway, Ste. 2425
Denver, Colorado 80202
Telephone: (720) 336-2245
sswanson@fgppr.com
***Attorneys for Defendant***

                         */s/ Chad T. Wilson*